1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARRICK LOWE,                              No.  2:25-cv-3022-TLN-CKD (PS)

12                    Plaintiff,

13           v.                                  <u>ORDER</u>

14    SAN JOAQUIN COUNTY, et al.,

15                    Defendant.

16

17           Plaintiff Darrick Lowe proceeds without counsel and seeks to participate in electronic

18    case filing. (ECF No. 11.) Pursuant to Local Rule 133(b)(3), an exception is granted allowing

19    plaintiff, appearing pro se, to use electronic filing. E-filing access may be revoked at any time for

20    inappropriate use, or for excessive and inappropriate filing of exhibits. Plaintiff is instructed to

21    please consult with the Clerk's Office at 916-930-4000 before filing documents if unsure about

22    which event to use.

23           In accordance with the above, IT IS ORDERED as follows:

24           1.   Plaintiff's motion to E-File (ECF No. 11) is GRANTED.

25           2.   Applicable to all parties in this case, initial moving papers in non-discovery matters,

26                and oppositions to such motions, are limited to 30 pages. Replies are limited to 10

27                pages. Page limits do not include the index or table of contents, table of cases, or

28

1

exhibits (if any). Documents exceeding these limits without advance leave of court, for good cause shown, may be stricken without further notice.

Dated: December 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 lowe25cv3022.efile

2