UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARRICK LOWE,

     Plaintiff,

v.

SAN JOAQUIN COUNTY, et al.,

     Defendants.

No. 2:25-cv-03022-TLN-CKD

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).  On February 20, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within days.  (ECF No. 28.)  No party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter.  The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed February 20, 2026 (ECF No. 28), are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 13) is DENIED; and

1

3. Plaintiff's motion for leave to amend (ECF No. 23) is GRANTED. Plaintiff shall file the second amended complaint within fourteen days of the electronic filing date of this Order.

IT IS SO ORDERED.

Date: April 13, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE