UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRICK LOWE,

Plaintiff,

v.

SAN JOAQUIN COUNTY, et al.,

Defendants.

No.  2:25-cv-3022-TLN-CKD (PS)

ORDER

Defendants request an extension of time to file an answer to the second amended complaint until after they receive information from juvenile case file records requested through petitions filed with San Joaquin County Dependency Court. (ECF No. 43.) Defendants do not establish good cause to grant the request where they do not explain why they cannot state they lack the knowledge to admit an allegation where that is the case, and where they waited until the date on which the answer was due to request the extension of time. See Fed. R. Civ. P. 8(b)(5); Local Rule 144(d).

In accordance with the above, IT IS ORDERED that the requested extension of time (ECF No. 43) is DENIED; defendants shall file an answer within 14 days of the date of this order.

Dated:  April 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, lowe25cv3022.43

1