UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRICK LOWE,<br>Plaintiff,<br>v.<br>SAN JOAQUIN COUNTY, et al.,<br>Defendants. | No. 2:25-cv-03022-TLN-CKD (PS)<br><br>ORDER |

The undersigned previously granted plaintiff leave to re-file the motion for summary judgment filed on July 24, 2026, with redactions made only as to personal identifying information of plaintiff and a minor child. (ECF No. 67 at 6.) Plaintiff has filed the redacted motion with redactions made only as authorized. (ECF No. 74.) Accordingly, plaintiff's original motion for summary judgment filed on July 24, 2025 (ECF No. 61) will be sealed.

For the reasons set forth above, IT IS ORDERED as follows:

1. Plaintiff's motion for summary judgment filed on July 24, 2026 (ECF No. 61) shall be sealed.

////

////

///

////

2. The docket shall reflect that plaintiff's amended motion for summary judgment filed on September 16, 2026 (ECF No. 74) is a redacted copy of the sealed motion for summary judgment.

Dated: September 22, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 lowe3022.seal.61