DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
ALEXANDER R. THOMAS (State Bar #350132)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
athomas@herumcrabtree.com

Attorneys for All Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DARRICK LOWE Sr,

Plaintiff,

vs.

SAN JOAQUIN COUNTY; JOSEPH GARCIA, individually; JAYSON BURK, individually; and ORLANDO ONTIVEROS-CHI, individually.

Defendants.

Case No.: 2:25-cv-03022-TLN-CKD (PS)

**STIPULATION FOR DISMISSAL OF DEFENDANTS' TWENTY FIFTH AFFIRMATIVE DEFENSE; ~~[PROPOSED]~~ ORDER**

**[No hearing requested]**

Plaintiff Darrick Lowe, Sr., *pro se*, and Defendants, through their counsel, enter into this Stipulation.

## RECITALS

A. On June 4, 2026, Defendants filed their operative First Amended Answer to Plaintiff's Second Amended Complaint. (ECF No. 50.)

B. Plaintiff has requested Defendants withdraw their 25th Affirmative Defense in their First Amended Answer, and stated that if Defendants do not withdraw it he would file a motion for partial summary judgment as to it. On August 13, 2026, Plaintiff filed a Declaration in support of his then pending motion for partial summary judgment to which he attached documents that he claims show he was continuously on active duty in the United States Coast Guard from before the date of the alleged underlying incident through the date he filed this lawsuit, such that his deadline to file this lawsuit was tolled under the Servicemembers Civil Relief Act, 50 U.S.C. § 3936(a) and the lawsuit is timely. (ECF No. 65-1.)

C. The parties have met and conferred over Plaintiff's request and enter into this Stipulation to resolve the issues.

## STIPULATION

IT IS STIPULATED AND AGREED, by Plaintiff, *pro se*, and Defendants, through their counsel, that Defendants agree to dismissal of their 25th Affirmative Defense without prejudice.

Date: October 21, 2026

**HERUM CRABTREE SUNTAG, LLP**
By: */s/ Joshua J. Stevens*
JOSHUA J. STEVENS
Attorneys for All Defendants

Dated October 21, 2026

**PLAINTIFF, *PRO SE***
By: */s/ Darrick Lowe, Sr.**
DARRICK LOWE, SR.
Plaintiff, *pro se*
(*as authorized on October 21, 2026)

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 23, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 lowe3022.stip.25