UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARRICK LOWE,

Plaintiff,

v.

SAN JOAQUIN COUNTY, et al.,

Defendants.

No. 2:25-cv-03022-TLN-CKD

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On September 4, 2026, the magistrate judge filed findings and recommendations which contained notice that any objections to the findings and recommendations were to be filed within fourteen days and which were served on the parties. (ECF No. 67.) Plaintiff filed objections to the findings and recommendations. (ECF No. 68.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 4, 2026 (ECF No. 67), are adopted in full.

2. Plaintiff's motion for summary judgment (ECF Nos. 61, 74)[1] is denied without prejudice.

3. This matter is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

DATE: November 16, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion for summary judgment was sealed by the magistrate judge (ECF No. 75) and then refiled as a redacted version on September 16, 2026. (ECF No. 74.)